UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
ID: 6/27/16

| | |
|---|---|
| RUNBERG, INC. d/b/a ZEPHYRS, : <br>   : <br> Plaintiff, : <br>   : <br> v. : <br>   : <br> VICTORIA'S SECRET STORES, INC., : <br> VICTORIA'S SECRET STORES LLC, : <br> VICTORIA'S SECRET STORES : <br>    BRAND MANAGEMENT, INC., : <br> VICTORIA'S SECRET DIRECT LLC, and : <br> SUPPLIER JOHN DOE 1, : <br>   : <br>   : <br> Defendants. : | Civil Action No. 1:16-CV-00539-RA <br><br> **JUDGE RONNIE ABRAMS** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Runberg, Inc. d/b/a Zephyrs and Defendants Victoria's Secret Stores, Inc., Victoria's Secret Stores LLC, Victoria's Secret Stores Brand Management, Inc., and Victoria's Secret Direct LLC (collectively, "Victoria's Secret"), hereby stipulate and agree that all claims in the Complaint are hereby **DISMISSED WITH PREJUDICE**. Victoria's Secret makes no admission of any liability or wrongdoing. Plaintiff and Defendants shall pay their own costs and fees.

June 17, 2016

*[signature]*

Joseph C. Gioconda (JG4716)

THE GIOCONDA LAW GROUP PLLC
100 Park Avenue, 16th Floor
New York, NY 10017
Telephone: (212) 235-1220
Facsimile: (888) 697-9665
Joseph.Gioconda@GiocondaLaw.com

*Attorneys for Plaintiff
Runberg, Inc. d/b/a Zephyrs*

*[signature]*

Lynn E. Rzonca (*pro hac vice*)

BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: 215.665.8500
Fax: 215.864.8999
rzoncal@ballardspahr.com

Richard W. Miller (pro hac vice)
BALLARD SPAHR LLP
999 Peachtree St. NE, Suite 1000
Atlanta, GA 30309
Phone: 678.420.9300
Fax: 678.420.9301
millerr@ballardspahr.com

Marjorie J. Peerce
BALLARD SPAHR LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3915
Tel: 212.223.0200
Fax: 212.223.1942
peercem@ballardspahr.com

*Attorneys for Defendants
Victoria's Secret Stores, Inc.,
Victoria's Secret Stores LLC,
Victoria's Secret Stores Brand
Management, Inc., and
Victoria's Secret Direct LLC*

**SO ORDERED:**

*[signature]*

**U.S.D.J.**

6/27/16